**ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
PO BOX 4427
PHOENIX, ARIZONA 85030-4427
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| MAXINE COOPER | Case No. 2:11-bk-25742-SSC |
| Debtor. | **ORDER TO PAY UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $3,162.79 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE.

-1-